UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ALEXIA PETERSEN DIX,<br><br>　　　　　　　Defendant(s). | NO. CR07-176MJP<br><br>ORDER ON REQUEST FOR MODIFICATION OF TERMS OF RELEASE |

The above-entitled Court, having received and reviewed Defendant's letter of April 15, 2010 and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that Defendant's request that this Court order that her term of supervised release be served in North Carolina is DENIED; the Court lacks the jurisdiction or authority over the Board of Prisons to comply with Defendant's request.

After consulting with the U.S. Probation Office, the Court believes that Defendant's request is properly addressed to the Case Manager at Tallahassee FCI where she is currently incarcerated.

The clerk is ordered to provide copies of this order to all counsel.

Dated: May 17, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

**ORDER ON REQUEST
FOR MODIFICATION - 1**